**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1710**

GREGORY SCOTT SAVOY,

       Plaintiff - Appellant,

    v.

CRAIG M. BURNS, Tax Commissioner, Virginia Department of Taxation; PETER FRANCHOT, Maryland Comptroller, Office of the Comptroller; DALE W. STEAGER, Tax Commissioner, West Virginia State Department of Taxation,

       Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:18-cv-00086-GMG)

Submitted:  October 23, 2018                Decided:  October 25, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory Scott Savoy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Scott Savoy appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his motion for a stay of proceedings. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny Savoy's motion for a stay of proceedings and affirm for the reasons stated by the district court. *Savoy v. Burns,* No. 3:18-cv-00086-GMG (N.D.W. Va. June 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*